

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00905-CV

**ABSTRACT & TITLE RESOURCES, INC.,**
Appellant

v.

Robert Y. **PETTIT**, Benjamin Franklin, and Rafael De La Fuente,
Appellees

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 361473
Honorable Irene Rios, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER that appellees, Robert Y. Pettit, Benjamin Franklin, and Rafael De La Fuente, recover their costs of this appeal, if any from appellant Abstract & Title Resources, Inc.

SIGNED February 26, 2014.

_____
Marialyn Barnard, Justice